■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WANDA MARTINEZ, Appellant. [595 NYS2d 39] —Judgment, Supreme Court, New York County (Bernard Jackson, J.), rendered June 7, 1990, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing her as a predicate felony offender, to a term of 4½ to 9 years, unanimously modified, on the law, the facts and as a matter of discretion in the interest of justice, to the extent of reducing the sentence to 2 to 4 years, and otherwise affirmed.

The defendant was sentenced to the statutory minimum by the sentencing court. While a sentence within statutory limits is ordinarily not a cruel and unusual punishment *(People v Jones,* 39 NY2d 694, 697), "in some rare case[s]" the statute can be unconstitutionally applied *(People v Broadie,* 37 NY2d 100, 119, *cert denied* 423 US 950). Although defendant received the minimum sentence permitted by the statute, we find that the statute was unconstitutionally applied and we reduce the sentence accordingly, to 2 to 4 years, to avoid cruel and unusual punishment in the circumstances *(People v Skeffery,* 188 AD2d 438). Concur—Murphy, P. J., Carro, Rosenberger and Ross, JJ.